IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LOWE PALMER | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 16-0297-WS-N |
| | ) |
| UNITED STATES OF AMERICA, | ) CRIM. ACTION NO. 11-0271-WS |
| | ) |
|   Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Michael Lowe Palmer's petition for habeas corpus relief under 28 U.S.C. § 2255 (Doc. 220) be **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 23rd day of January, 2017.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**